# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SA CR 13-0208-DOC-3 | Date | July 11, 2017 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT COURT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Deborah Goltz | Debbie Gale / Deborah Parker / CourtSmart | Joseph McNally / Josh Burke |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Rodis | X | | X | Joel Levine, Paul Meyer | X | | X |

**PROCEEDINGS:** SENTENCING

USPO Kathleen Peralta also present. Sentencing hearing held.

See separate Judgment and Commitment Order.

2 : 38

Initials of Deputy Clerk  djg