JOEL LEVINE, State Bar No. 52565
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 662 4462, FAX: 714 979 9047
Email: jlesquire@cox.net

PAUL S. MEYER, State Bar No. 511146
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 754 6500, FAX: 714 979 9047
Email: Pmeyer@meyerlawoc.com
Attorneys for Defendant
RONALD RODIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD RODIS )<br>)<br>Defendant. )<br>_____ ) | CASE NO.  SA-CR-13-208-DOC<br><br>STIPULATION TO PERMIT RELEASE OF DRUG COUNSELING RECORDS BY PRE-TRIAL SERVICES |

It is hereby stipulated and agreed between the United States of America and Defendant Ronald Rodis, through their respective counsel of record, that Pre-Trial Services may release to the U.S. Bureau of Prisons the drug counseling records maintained by Pre-Trial Services of the drug counseling program attended by Mr. Rodis while under its supervision.

1

2  Dated: December 15, 2017              s/_____
                                        JOEL LEVINE, Esq.
3                                       Attorneys for Defendant
                                        Ronald Rodis
4
   Dated: December 15, 2017              s/_____
5                                       PAUL S. MEYER, Esq.
                                        Attorneys for Defendant
6                                       Ronald Rodis

7

8
   Dated: December 15, 2017              s/_____
9                                       JOSEPH P. McNALLY, Esq.
                                        Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28