JOEL LEVINE, State Bar No. 52565
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 662 4462, FAX: 714 979 9047
Email: jlesquire@cox.net

PAUL S. MEYER, State Bar No. 51146
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 754 6500, FAX: 714 979 9047
Email: Pmeyer@meyerlawoc.com
Attorneys for Defendant
RONALD RODIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. RONALD RODIS, Defendant. | CASE NO. SA-CR-13-208-DOC<br><br>ORDER TO RELEASE DRUG COUNSELING RECORDS MAINTAINED BY PRE-TRIAL SERVICES [224] |
|---|---|

It is hereby Ordered that Pre-Trial Services shall release to the U.S. Bureau of Prisons the drug counseling records maintained by Pre-Trial Services relating to the drug counseling attended by Mr. Rodis while under Pre-Trial Services supervision.

Dated: December 21, 2017

_David O. Carter_
DAVID O. CARTER
United States District Judge

1

(Proposed) Order to Release Drug Counseling Records